■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUDLEY BALLENTINE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Goldman, J.), rendered March 11, 1982, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The credibility of the testimony of the witnesses was an issue for the trier of fact to determine (see, e.g., *People v Joyiens,* 39 NY2d 197; *People v Cook,* 99 AD2d 552) and viewing the evidence in the light most favorable to the prosecution, as we must (*Jackson v Virginia,* 443 US 307, 319; *People v Contes,* 60 NY2d 620, 621), a rational trier of fact could have found that the People proved beyond a reasonable doubt that defendant knowingly possessed a .38 caliber revolver. Boyers, J. P., Rubin, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BREWER, Also Known as ROY BROWN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Ryan, J.), rendered April 11, 1979, convicting him of grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Under the facts of this case it is clear there was no systematic exclusion of blacks and the jury actually selected was racially mixed (*Taylor v Louisiana,* 419 US 522).

We have examined defendant's other contentions and find them to be without merit. Titone, J. P., Lazer, Mangano and Niehoff, JJ., concur.